258 So.2d 382

**In the matter of the Succession of Herman J. W. WHITEHEAD.**

**No. 52229.**

March 8, 1972.

In re: Alcee Lionel Whitehead and Alvin Whitehead, Jr., applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So.2d 759.

Application denied; on the facts found by the Court of Appeal and based on the assignment of error, the judgment complained of is correct.

258 So.2d 383

**STATE of Louisiana ex rel. Joe KOON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52239.**

March 8, 1972.

In re: Joe Koon applying for remedial writs and habeas corpus.

Writ refused. On the factual findings of the trial judge, the showing made by applicant is insufficient to warrant the exercise of our supervisory jurisdiction.

BARHAM, J., is of the opinion the writ must be granted and assigns reasons.

TATE, J., is of the opinion that the defendant was entitled to counsel at the time of his guilty plea and that absent a showing this right was waived, his application has merit. See Kitchens v. Smith, 401 U.S. 847, 91 S.Ct. 1089, 28 L.Ed.2d 519 (1971).

DIXON, J., is of the opinion that Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799, requires the granting of this writ.

BARHAM, Justice (dissenting from refusal to grant writs).

The district court judge admits that defendant pleaded and was sentenced without counsel. The writs must be granted. See Kitchens v. Smith, 401 U.S. 847, 91 S.Ct. 1089, 28 L.Ed.2d 519 (1971), my dissent in Ardoin v. Henderson, 255 La. 1029, 233 So.2d 923 (1970), and my dissents in State ex rel. Walker v. Henderson, 259 La. 712, 252 So.2d 438 and State ex rel. DeVille v. Henderson, 259 La. 951, 253 So.2d 792, and the dissents cited there.